UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF INDIANA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:20-cv-00297-JRS-TAB |
| FTL, INC., DELONGHI AMERICA, INC., TCL DELONGHI HOME APPLIANCES CO. LTD, SOLEUS INTERNATIONAL, INC., SOLEUS N.A., MJC AMERICA, INC., MJC AMERICA LTD., MJC AMERICAN HOLDINGS CO., INC., MENARDS, INC., TCL HOME APPLIANCES COMPANY LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Order of Remand**

Based on a lack of subject-matter jurisdiction, the Court, under 28 U.S.C. § 1447(c), **REMANDS** this case to Hendricks County Superior Court No. 4, Cause No. 32D04-1912-PL-000156. The Clerk is **directed** to mail a Certified Copy of this Order of Remand to the clerk of the Hendricks County Superior Court.

**SO ORDERED.**

Date:  3/26/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk

Distribution:

Jessica N. Hamilton
KOPKA PINKUS DOLIN PC (Carmel)
jnhamilton@kopkalaw.com

Edgar R. Lantis
LIBERTY MUTUAL GROUP FIELD LEGAL OFFICES
edgar.lantis@libertymutual.com

Leslie B. Pollie
KOPKA PINKUS DOLIN PC (Carmel)
lbpollie@kopkalaw.com


Hendricks County Superior Court Clerk
One Courthouse Square, #106
Danville, IN 46122

2